HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **JOHN W. RATKO** and **LAVERNE RATKO**, husband and wife, and their marital community,<br><br>Petitioner,<br><br>v.<br><br>**LEWIS COUNTY**, a Washington Municipal Corporation,<br><br>Respondent. | Case No. C11-5015RJB<br><br>**STIPULATION OF COUNSEL AND STIPULATED ORDER OF DISMISSAL**<br><br>**NOTED ON MOTION CALENDAR: January 28, 2011**<br><br>**WITHOUT ORAL ARGUMENT** |

## STIPULATION

Jane Koler from the Law Office of Jane Ryan Koler, PLLC who represents the Plaintiffs in this matter, Mr. and Mrs. Ratko, and David Fine, Deputy Prosecutor, representing Lewis County a Washington Municipal Corporation enter into the following stipulation.

1. The parties agree that the Plaintiffs, Mr. and Mrs. Ratko, can take a voluntary non-suit on their Section 1983 claim which was based on a taking of their property rights which is articulated in Paragraph 4 of their Complaint.

2. The state law claims based on nuisance, trespass, and condemnation of a private way of

STIPULATION OF COUNSEL - 1

necessity should be remanded to the Lewis County Superior Court.

DATED this ____ day of January, 2011.

| LAW OFFICE OF JANE RYAN KOLER, PLLC | LEWIS COUNTY PROSECUTING ATTORNEY'S OFFICE |
|---|---|
| By:_____<br>Jane Koler, WSBA # 13541<br>Attorney for Plaintiffs | By:_____<br>J. David Fine, WSBA #33362<br>Civil Deputy Prosecuting Attorney<br>of Attorneys for Respondent Lewis County |

## ORDER

NOW THEREFORE, based on the above stipulation of counsel it is ordered as follows:

1. The Plaintiffs' Section 1983 claim is dismissed without prejudice pursuant to FRCP 41(a)(2).

2. The Plaintiffs' claims based on state law - - nuisance, trespass and condemnation of a way of necessity are remanded to the Lewis County Superior Court.

Entered this 26th day of January, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

| LAW OFFICE OF JANE RYAN KOLER, PLLC | LEWIS COUNTY PROSECUTING ATTORNEY'S OFFICE |
|---|---|
| By: /s/_____<br>Jane Koler, WSBA # 13541<br>Attorney for Plaintiffs | By:  /s /_____<br>J. David Fine, WSBA #33362<br>Civil Deputy Prosecuting Attorney<br>of Attorneys for Respondent Lewis County |

STIPULATION OF COUNSEL - 2